LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 11-07468 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Philip Rivas, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Philip Rivas, in the principal amount of $2,437.72 plus interest accrued to September 8, 2011, in the sum of $3,966.67; with interest accruing thereafter at 9% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**6,404.39**.

DATED: 11/15/2011           By:      Terry Nafisi
                                  Clerk of the Court

                                    A. Martinez
                                  Deputy Clerk
                            United States District Court

Page 5