1  LAW OFFICES OF JULIE M. MCCOY
   JULIE M. MCCOY, Bar no. 129640
2  JACQUELYNE M. NGUYEN, Bar no. 249658
   1670 SANTA ANA AVE., SUITE "K"
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax: (949) 722-8416

5  Attorney for: PLAINTIFF

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        No. CV A 11-07468

12                  Plaintiff,

13         vs.                       CONSENT JUDGMENT

14  Philip Rivas,

15                  Defendant

16

17      Pursuant to the above stipulation of the parties,

18  Judgment is hereby entered in favor of Plaintiff, UNITED

19  STATES OF AMERICA, against Defendant, Philip Rivas, in the

20  principal amount of $2,437.72 plus interest accrued to

21  September 8, 2011, in the sum of $3,966.67; with interest

22  accruing thereafter at 9% annually until entry of judgment,

23  administration costs in the amount of $0.00, for a total

24  amount of $**6,404.39**.

25

26  DATED: 11/15/2011          By:_____Terry Nafisi_____
                                       Clerk of the Court
27
                                  _____A. Martinez_____
28                                     Deputy Clerk
                               United States District Court

Page 5